IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR36 |
| v. | ) | |
| NELLIE CAMPOS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue trial date (Filing No. 33).  The Court notes defendant has filed a written waiver of speedy trial.  Accordingly,

IT IS ORDERED that trial is rescheduled for:

**Monday, June 22, 2009, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  To allow the parties time to prepare for trial, and due to the schedule of the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between May 18, 2009, and June 22, 2009, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court