IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR36 |
| | ) | |
| v. | ) | |
| | ) | |
| NELLIE CAMPOS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the United States' Motion to Dismiss Count and Close Forfeiture Case (Filing No. 66). The Court has reviewed the record in this case and finds the United States' motion should be sustained. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss Count and Close Forfeiture Case is hereby sustained.

2. Count V of the Indictment is hereby dismissed.

3. The forfeiture portion of the case is closed.

DATED this 7th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court